Jason **RAMIREZ,** Plaintiff–Appellee,

v.

**PROGRESSIVE PREFERRED
INSURANCE COMPANY,**
Defendant–Appellant.

No. 02–12274.

United States Court of Appeals,
Eleventh Circuit.

Jan. 13, 2004.

Michael Lawrence Morgan, Shur, McDuffie, Brockman & Levielle, Atlanta, GA, Laurence J. Rabinovich, New York City, for Defendant–Appellant.

Gus L. Wood, Wood, Odom & Edge, P.A., Newnan, GA, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

The procedural history, facts, and issues in this case are contained in our previous opinion, which certified dispositive questions of state law to the Georgia Supreme Court. *Ramirez v. Progressive Preferred Insurance Co.,* 321 F.3d 1055 (11th Cir. 2003). We thank that Court for promptly and thoroughly answering the questions. In accordance with the decision of the Supreme Court of Georgia, *Progressive Preferred Insurance Co. v. Ramirez,* 277 Ga. 392, 588 S.E.2d 751 (Ga.2003), the judgment of the district court is

AFFIRMED.